UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **CC, a child, by his next friend, Rebecca Hibbs,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | No. 3:08 CV 42 |
| **E. MITCELL ROOB, JR.,** as Secretary of the Indiana Family and Social Services Administration; **INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION (FSSA),** an agency of the State of Indiana; and **IBM COALITION,** a contractor with FSSA, | ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### O R D E R

Plaintiff has moved to voluntarily dismiss this action without prejudice. (DE # 9.)

The motion is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2).

**SO ORDERED.**

Date: May 12, 2011

 s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT